CLERK'S OFFICE
A TRUE COPY
Sep 28, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

United States of America
v.
Francisco VIERA-ESPINO
DOB 02/14/1988; POB: Mexico

*Defendant(s)*

Case No. 26-MJ-527 (SCD)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 2026 in the county of Milwaukee in the Eastern District of Wisconsin, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry after Removal and Conviction of Aggravated Felony |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

RUSSELL A DYKEMA
Digitally signed by RUSSELL A DYKEMA
Date: 2026.09.24 13:57:05 -05'00'

*Complainant's signature*

Russell Dykema, HSI Special Agent

*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 9/28/26

Stephen C. Dries

*Judge's signature*

City and state: Milwaukee, Wisconsin

Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Russell Dykema, Special Agent, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn and under oath state the following:

1. I am a Special Agent with the United States Department of Homeland Security (DHS) assigned to the U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been employed with the same since June of 2006. I am currently assigned to the Milwaukee, Wisconsin office.

2. This affidavit is made in support of the issuance of a criminal complaint and an arrest warrant against Francisco VIERA-ESPINO, DOB: 02/14/1988, POB: Mexico. Since this affidavit is submitted only for the purpose of securing the criminal complaint, I have not set forth each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient to establish probable cause for the complaint sought. All the information contained herein is based upon my personal knowledge and investigation or upon information supplied to me by other law enforcement officers or citizen witnesses, all of whom I believe to be truthful and reliable.

3. I have reviewed electronic documents from VIERA-ESPINO's Alien Registration File (A-File), #A206274121. The A-File is a collection of an alien's history maintained by the Department of Homeland Security. The file includes, but is not limited to, applications for residency, notice and order of removal, warrant of deportation, fingerprints, photographs, and criminal history.

4. I have reviewed law enforcement indices, FBI reports, fingerprints, documents, and statements of VIERA-ESPINO contained within his A File (#A206274121). These documents establish the following:

a. VIERA-ESPINO is a citizen and national of Mexico by birth.

b. On or about January 20, 2006, VIERA-ESPINO entered the United States without inspection at or near El Paso, Texas.

c. On February 25, 2019, U.S. District Judge J.P. Stadtmueller, for the Eastern District of Wisconsin, signed a judgment of conviction for VIERA-ESPINO after VIERA-ESPINO pled guilty to 21 U.S.C Sections 841(a)(1), (b)(1)(C), Distribution of Heroin, and 18 U.S.C. Section 924(c)(1)(A)(i), Possession of Firearms in Furtherance of a Drug Trafficking Crime.

d. VIERA-ESPINO was sentenced to nine (9) months imprisonment for the Distribution of Heroin, and sixty (60) months imprisonment for the Possession of a Firearm(s) in Furtherance of a Drug Trafficking Crime to run consecutively for a total term of imprisonment of Sixty-Nine (69) months.

e. On October 4, 2022, VIERA-ESPINO came to the attention of the ICE Enforcement and Removal Operations (ERO), Big Spring, Texas, Criminal Alien Program (CAP) Unit while incarcerated at Big Spring Federal Correctional Institution.

f. ICE/ERO conducted database inquiries of VIERA-ESPINO, which showed VIERA-ESPINO was ordered removed from the United States as an illegal alien in absentia by an Immigration Judge on May 22, 2018, in Chicago, Illinois.

g. On October 12, 2022, ICE/ERO personnel interviewed VIERA-ESPINO while being housed at Big Spring Federal Correctional Institution where VIERA-ESPINO was issued a Final Administrative Removal Order under Section 238(b) of the Immigration and Nationality Act (INA).

h. On March 2, 2023, VIERA-ESPINO was turned over to ICE/ERO from Big Spring Federal Correctional Institution and was served a copy of the I-851A, Final Administrative Removal Order. VIERA-ESPINO was also provided a copy of form I-294, Warning to Alien Ordered Removed of Deported, which states that in accordance with the provisions of section 212(a)(9) of the INA, he was prohibited from entering, attempting to enter, or being in the United States, at any time because he had been found removable under section 237 of the INA, in that he had been convicted of a crime designated as an aggravated felony.

i. VIERA-ESPINO was ultimately removed from the United States on March 2, 2023, through the Del Rio, Texas, International Bridge Port of Entry to Mexico.

5. On August 1, 2026, officers responded to a business in St. Francis after receiving a report of a dispute over money and a threat of physical harm. According to the police report, an individual came to the business to collect money from an employee that owed him money. After the employee was confronted, an argument started and the employee made a threat of physical harm. That employee was identified as Francisco VIERA-ESPINO. Once officers learned that a warrant existed for VIERA-ESPINO, they

searched the scene and located him hiding in a locked room. VIERA-ESPINO was subsequently arrested.

6. On August 3, 2026, ICE/ERO Milwaukee was notified by the United States Marshals Service that VIERA-ESPINO was in federal custody, and an I-247 Immigration Detainer was placed. A query of DHS databases indicate that VIERA-ESPINO did not request or obtain permission from the Secretary of Homeland Security to reapply for admission to the United States.

7. On September 24, 2026, I received a ten-print fingerprint card from the USMS, which were taken on August 1, 2026, when VIERA-ESPINO was booked into USMS custody on the violation of the terms of Supervised Release. I then scanned the fingerprints and ran them through the Automated Fingerprint Identification System (AFIS). I received a return from the United States Department of Justice, Federal Bureau of Investigation, Criminal Justice Information Services Division, indicating that the fingerprints were a match for Francisco VIERA-ESPINO, DOB: 02/14/1988, and FBI # 699582KD2.

8. Based on the above referenced facts, I believe there is probable cause to believe that VIERA-ESPINO, a previously removed alien, who was previously convicted of an aggravated felony, is now within the Eastern District of Wisconsin, without any lawful authority in violation of Title 8, United States Code 1326(a).